**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

---

JAIRO JOSE CHAVARRIA SALGADO,

Petitioner,

v. Case No. 1:26-cv-01495 KWR-JMR

WARDEN, *Torrance County Detention Facility*,
MARY DE ANDA-YBARRA, *Field Office Director, El Paso, U.S. Immigration and Customs Enforcement,*
TODD LYONS, *Acting Director, Immigration and Customs Enforcement,*
TODD BLANCHE, *Acting U.S. Attorney General, and*
MARKWAYNE MULLIN, *Secretary, U.S. Department of Homeland Security*,

Respondents.

**JUDGMENT**

Consistent with the Order entered concurrently herewith, the Court grants in part the Petition and concludes that Petitioner is entitled to a bond hearing pursuant to 8 U.S.C. § 1226(a).

**IT IS THEREFORE ORDERED AND ADJUDGED** that Respondents shall provide a bond hearing before an immigration judge for Petitioner pursuant to § 1226(a), as opposed to § 1225(b), within **seven (7) days** of the entry of this order. **Respondents shall not deny Petitioner bond or parole on the basis that § 1225(b) requires mandatory detention pending a decision on removal.**

/S/
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE